VICTOR TALKING MACH. CO. v. HOSCHKE.

(Circuit Court, S. D. New York. February 9, 1909.)

EQUITY (§ 229*)—PLEADING—DEMURRER.

A defendant will not be permitted to delay the trial of a cause by filing a second demurrer on grounds which should have been set up and disposed of in the first, but may be allowed to plead such matter in the answer.

[Ed. Note.—For other cases, see Equity, Cent. Dig. § 505; Dec. Dig. § 229.*]

Horace Pettit, for complainant.
Waldo G. Morse, for defendant.

LACOMBE, Circuit Judge. No good reason is shown why the grounds of demurrer now sought to be interposed could not have been set up in the first demurrer. A second demurrer will unneces-

sarily delay the trial. Defendant will be allowed to set up the objections now presented in the answer, and the decree pro confesso will be vacated, so as to allow him to serve such answer within 20 days.

Orders proper to effect this disposition of the cross-motions may be submitted on notice.